# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Alfonso Martel

                        Plaintiff,

v.                                                       Case No.: 1:22–cv–00364
                                                               Honorable Andrea R. Wood

Rushmore Loan Management Services LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 9, 2022:

      MINUTE entry before the Honorable Andrea R. Wood:The parties having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [19], this case is dismissed without prejudice and with the parties granted leave to reinstate on or before 4/25/2022. If a motion to reinstate is not filed by 4/25/2022, the case shall be dismissed with prejudice without further order of the Court. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.